IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                      )
                                            )
**MICHAEL & AMY PIJAROWSKI**                )         Case No:  09-20159
                                            )         **Chapter 7**
                                            )

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO:  THE HONORABLE J. PHILIP KLINGEBERGER:

   Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

   Claim 5 – Community Hospital Anesth, c/o Komyatte & Casbon, 9650 Gordon Drive, Highland, IN 46322 - $4.38
   Claim 6 – Patients 1st ER Med., c/o Komyatte & Casbon, 9650 Gordon Drive, Highland, IN 46322 - $1.98
   Claim 7 – Munster Eye Care, c/o Komyatte & Casbon, 9650 Gordon Drive, Highland, IN 46322 - $2.94

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 113 in amount of $9.30 payable to the Clerk, U.S. Bankruptcy Court.

   Dated:  November 16, 2011

                                      /s/ Kenneth A. Manning
                                      Kenneth A. Manning, Trustee
                                      200 Monticello Drive
                                      Dyer, Indiana 46311
                                      (219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 16th day of November, 2011, a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov
And by regular first class mail upon:
Community Hosp. Anesthesia, Patients, 1st ER, Munster, Eye Care, c/o Komyatte & Casbon,, 9650 Gordon Drive, Highland, IN 46322

                                      /s/KENNETH A. MANNING, TRUSTEE
                                      KENNETH A. MANNING, TRUSTEE